WATSON, Respondent, v. NOBLETT, Appellant. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Walter S. Watson against E. Arden

Noblett. M. D. Steuer, for appellant. T. P. Wickes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.